IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIPPO CORPORATION/INTERNATIONAL BRIDGE CORPORATION, A JOINT VENTURE | ) ) ) |
| Plaintiff and Counterdefendant, | ) ) ) |
| v. | ) ) |
| AMEC EARTH & ENVIRONMENTAL, INC. | ) ) |
| Defendant and Counterclaimant. | ) |

CIVIL ACTION
NO. 09-cv-0956

# ORDER

**AND NOW**, this 11th day of December 2009, upon consideration of Plaintiff's Motion for Protective Order Re: Rule 30(b)(6) Deposition and Brief In Support of Plaintiff's Motion [docket entry Nos. 44 and 45], Defendant's Brief In Opposition to Plaintiff's Motion for Protective Order Re: Rule 30(b)(6) Deposition [docket entry No. 49], Plaintiff's Reply Brief In Support of Motion for Protective Order Re: Rule 30(b)(6) Deposition [docket entry No. 54], and Defendant's Sur-Reply Brief In Support of Opposition to Motion for Protective Order Re: Rule 30(b)(6) Deposition [docket entry No. 58], and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**