# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIPPO CORPORATION/INTERNATIONAL ) <br> BRIDGE CORPORATION, A JOINT VENTURE, ) <br> ) <br> Plaintiff/Counterdefendant, ) <br> ) <br> v. ) <br> ) <br> AMEC EARTH & ENVIRONMENTAL, INC., ) <br> ) <br> Defendant/Counterclaimant. ) | CIVIL ACTION <br> NO. 09-cv-0956 |

## ORDER

**AND NOW**, this 12th day of February 2010, upon consideration of Defendant's Motion for Protective Order Re: Plaintiff's Third Amended Notice of Rule 30(b)(6) deposition [docket entry No. 67] and for the reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion is **DENIED, DISMISSED, AND OVERRULED**.

It is so **ORDERED**.

                                                                     **BY THE COURT:**

                                                                     **/s/ Cynthia M. Rufe**

                                                                     _____

                                                                     **CYNTHIA M. RUFE, J.**